# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHELLE CHARMAINE LAWSON,**<br><br>Plaintiff,<br><br>vs.<br><br>**CITY OF ARCATA, ET AL.,**<br><br>Defendants. | CASE NO. 18-cv-07238-YGR<br><br>**ORDER TO SHOW CAUSE RE: FAILURE TO SERVE PURSUANT TO FED. R. CIV. PROC. 4(M)** |

**TO PLAINTIFF MICHELLE CHARMAINE LAWSON AND HER COUNSEL OF RECORD**:

**You Are Hereby Ordered to Show Cause** why you should not be sanctioned in the amount of $200 failure to serve the complaint in the above-referenced action within 90 (ninety) days of filing pursuant to Federal Rule of Civil Procedure 4(m). A hearing on this Order to Show Cause will be held on **Friday, March 22, 2019**, on the Court's **9:01 a.m.** Calendar, in Courtroom 1 of the Federal Courthouse at 1301 Clay Street in Oakland, California.

By no later than **Friday, March 15, 2019**, plaintiff must file either (1) proof of service(s); or (2) a written response to this Order to Show Cause why she should not be sanctioned for their failure to comply with the stated rule.

The Court hereby **CONTINUES** the Case Management Conference scheduled for Monday, March 11, 2019 to **Monday, April 22, 2019**.[1]

**IT IS SO ORDERED.**

Dated: March 6, 2019

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

---

[1] The Court also notes that plaintiff has failed to file a case management conference statement due on March 4, 2019 and could be sanctioned on that basis as well. Counsel is warned to heed the Court's local rules.