# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHELLE CHARMAINE LAWSON,**<br>Plaintiff,<br>vs.<br>**CITY OF ARCATA, ET AL.,**<br>Defendants. | CASE NO. 18-cv-07238-YGR<br><br>**ORDER VACATING HEARING ON ORDER TO SHOW CAUSE**<br><br>Re: Dkt. Nos. 10, 12 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD,

The Court has reviewed the summons issued as to defendants dated March 13, 2019. (Dkt. No. 12.) The Court notes that the "Proof of Service" portion form filed on the docket is blank and therefore does not provide any indication as to whether plaintiff properly served defendants. (*See id.*) However, in light of defendants' filing of a motion to dismiss on March 20, 2019 (Dkt. No. 13), it appears defendants have received service of the amended complaint. Accordingly, the Court **DISCHARGES** the Order and **VACATES** the hearing scheduled for Friday, March 22, 2019. No further action will be taken with respect to that Order, however the Court reminds plaintiff's counsel of their obligation of follow all Federal Rules of Civil Procedure as well as this Court's Local Rules and Standing Orders.

**IT IS SO ORDERED.**

Dated: March 21, 2019

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**