# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

MICHELLE CHARMAINE LAWSON

Plaintiff(s)

v.

CITY OF ARCATA, et al.

Defendant(s)

CASE No C 4:18-cv-07238-YGR

STIPULATION AND [~~PROPOSED~~]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

- ☐ **Mediation** (ADR L.R. 6)

- ☑ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)
  The parties request assignment to Magistrate Judge Ryu for the settlement conference.
- ☐ **Private ADR** (*specify process and provider*)

The parties agree to hold the ADR session by:

- ☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*

- ☑ other requested deadline: July 31, 2019

Date: April 10, 2019      /s/ Shelley K. Mack
                          Attorney for Plaintiff
Date: April 10, 2019      /s/ Dale Allen
                          Attorney for Defendant

☐ IT IS SO ORDERED.
☑ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS: In light of this request, parties shall advise whether the Court should defer ruling on the pending motion to dismiss.
DATE: April 12, 2019

_[signature]_
U.S. DISTRICT/~~MAGISTRATE~~ JUDGE

---

*Important! E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."*

*Form ADR-Stip rev. 1-15-2019*