UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MICHELLE CHARMAINE LAWSON

              Plaintiff(s)

v.

CITY OF ARCATA, et al.

              Defendant(s)

CASE No C 4:18-cv-07238-YGR

STIPULATION AND [~~PROPOSED~~]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

☐ **Mediation** (ADR L.R. 6)

☒ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)
    The parties request assignment to Magistrate Judge Ryu for the settlement conference.

☐ **Private ADR** (*specify process and provider*)

The parties agree to hold the ADR session by:

☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*

☒ other requested deadline: July 31, 2019

Date: April 10, 2019      /s/ Shelley K. Mack
                             Attorney for Plaintiff

Date: April 10, 2019      /s/ Dale Allen
                             Attorney for Defendant

☐ IT IS SO ORDERED.
☒ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS: In light of this request, parties shall advise whether the Court should defer ruling on the pending motion to dismiss.

DATE: April 12, 2019

U.S. DISTRICT/~~MAGISTRATE~~ JUDGE

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."

*Form ADR-Stip rev. 1-15-2019*

cc: MagRef Email; Mag Judge Ryu; ADR Unit