DALE L. ALLEN, JR., State Bar No. 145279
dallen@aghwlaw.com
KEVIN P. ALLEN, State Bar No. 252290
kallen@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone:    (415) 697-2000
Facsimile:    (415) 813-2045

Attorneys for
Defendant CITY OF ARCATA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| MICHELLE CHARMAINE LAWSON,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF ARCATA; THOMAS CHAPMAN, individually and in his official capacity as City of Arcata Chief of Police; TOD DOKWEILER, individually and in his capacity as Lieutenant and Detective Sergeant for the City of Arcata; ERIC LOSEY, individually and in his capacity as Detective Police Officer for the City of Arcata; KRYSTLE ARMINIO, individually and in her capacity as a Police Officer for the City of Arcata; KAREN DIEMER, individually and in her official capacity of City of Arcata City Manager; and DOES 1 through 100,<br><br>Defendants. | Case No. 3:18-cv-07238-YGR<br><br>**JOINT STATEMENT REQUESTING THE COURT RULE ON THE PENDING MOTION TO DISMISS**<br><br>Hon. Yvonne Gonzalez Rogers<br><br>Date:   May 28, 2019<br>Time:   2:00 p.m.<br>Ctrm:   1<br><br>Trial:   None |

Pursuant to the Order of the Court as set forth in Docket number 25, the parties hereby request that the Court rule upon the pending Motion to Dismiss, currently set to be argued on

///

///

///

May 28, 2019, before the Mandatory Settlement Conference set for July 29, 2019.

Respectfully submitted,

Dated:  April 19, 2019         ALLEN, GLAESSNER,
                               HAZELWOOD & WERTH, LLP


                               By: __/s/ Dale L. Allen, Jr.__
                                   DALE L. ALLEN, JR.
                                   KEVIN P. ALLEN
                                   Attorneys for CITY OF ARCATA

Dated:  April 19, 2019         CANNABUSINESS LAW, INC.


                               By: __/s/ Kyndra S. Miller__
                                   KYNDRA S. MILLER
                                   Attorneys for MICHELLE CHARMAINE LAWSON

Dated:  April 19, 2019         MARTINMACK LAW


                               By: __/s/ Shelley K. Mack__
                                   SHELLEY K. MACK
                                   Attorneys for MICHELLE CHARMAINE LAWSON

303729.1