**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MICHELLE CHARMAINE LAWSON,**<br>Plaintiff**,**<br>vs.<br>**CITY OF ARCATA, ET AL.,**<br>Defendants**.** | CASE NO. 18-cv-07238-YGR<br><br>**ORDER GRANTING MOTION TO DISMISS WITH LEAVE TO AMEND**<br>Re: Dkt. No. 13 |

On May 28, 2019, the Court heard oral argument on defendants' motion to dismiss, which was fully briefed. (Dkt. Nos. 13, 15, 17.) As stated on the record, and confirmed herein, having carefully considered the briefing and arguments submitted in this matter, defendants' motion to dismiss is **GRANTED** with leave to amend. Accordingly, and as noted on the record, plaintiff **SHALL** file her amended complaint no later than **June 25, 2019,** and defendants' **SHALL** file their response thereto no later than **July 16, 2019**, to be heard on August 20, 2019, if necessary.

This Order terminates Docket Number 13.

**IT IS SO ORDERED.**

Dated: May 29, 2019

*/s/ Yvonne Gonzalez Rogers*
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**