# ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP

ATTORNEYS

180 Montgomery Street, Suite 1200
San Francisco, California 94104

Telephone (415) 697-2000
Facsimile (415) 813-2045
E-Mail: dallen@aghwlaw.com

Our File No.: 40087-50806

June 26, 2019

**VIA PACER**

Hon. Yvonne Gonzalez Rogers
United States District Judge
Oakland Courthouse, Courtroom 1 – 4th Floor
1301 Clay Street
Oakland, CA 94612

Re: <u>Lawson v. City of Arcata, et al.</u>
United States District Court, Case No. 4:18-cv-07238-YGR

Dear Judge Gonzalez-Rogers:

Pursuant to the order of the court, Docket number 25, the parties held a conference call with Judge Ryu on June 20, 2019, to go over protocols for the settlement conference. Plaintiff's counsel informed Judge Ryu that they would be filing an amended complaint by the deadline of June 25, 2019, per Docket number 31. Defendants' counsel advised the strong likelihood of filing another motion to dismiss by the deadline of July 20. Since the hearing on any motion to dismiss the new filing is set for August 20, 2019 the parties discussed with Judge Ryu the practicality of attempting to complete the MSC by July 31, 2019.

In light of the conversations with Judge Ryu, the parties agreed they are unprepared to assess strengths and weakness of their respective cases prior to the August 20, 2019 hearing, and it would be an inefficient use of the court's time and Judge Ryu to complete the settlement conference by July 31. The parties respectfully request the court continue the deadline to complete the settlement conference to October 31, 2019.

Very truly yours,

ALLEN, GLAESSNER,
HAZELWOOD & WERTH, LLP

*/s/ Dale L. Allen, Jr.*
Dale L. Allen, Jr.
Counsel for Defendants

*/s/ Kyndra S. Miller*
Kyndra S. Miller/Shelley K. Mack
Counsel for Plaintiff

DLA:ps

320453.1