UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE CHARMAINE LAWSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF ARCATA, et al.,<br><br>　　　　　Defendants. | Case No. 4:18-cv-07238-YGR (DMR)<br><br>**NOTICE OF RESCHEDULED SETTLEMENT CONFERENCE AND SETTLEMENT CONFERENCE ORDER**<br><br>Re: Dkt. Nos. 23, 34, 35, and 36 |

TO ALL PARTIES AND COUNSEL OF RECORD:

　　The above matter was referred to Magistrate Judge Donna M. Ryu for settlement purposes. You are hereby notified that the settlement conference previously scheduled for July 29, 2019 at 11:00 a.m. has been RESCHEDULED to **October 25, 2019 at 11:30 a.m.,** in Courtroom No. 4, Third Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612.

　　Parties shall comply with the requirements and procedures set forth in this Court's Notice of Settlement Conference and Settlement Conference Order dated April 17, 2019. [*See* Docket No. 23.]

　　**IT IS SO ORDERED.**

Dated: July 5, 2019

_____
DONNA M. RYU
United States Magistrate Judge