Kyndra S. Miller, SBN 224343
755 Baywood Drive, Second Floor
Petaluma, CA 94954
Tel/Fax: 877-420-4660
kyndra@cannabusinesslaw.com

Shelley K. Mack, SBN 209596
1416 Bates Road
McKinleyville, California 95519
Tel: (707) 268-0445
Fax: (707) 667-0318
shelley@martinmacklaw.com

Attorneys for Plaintiff
MICHELLE CHARMAINE LAWSON

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| MICHELLE CHARMAINE LAWSON,<br><br>  Plaintiff,<br><br>vs.<br><br>CITY OF ARCATA; THOMAS CHAPMAN, individually and in his official capacity as City of Arcata Chief of Police; TOD DOKWEILER, individually and in his capacity as Lieutenant and Detective Sergeant for the City of Arcata; ERIC LOSEY, individually and in his capacity as Detective Police Officer for the City of Arcata; KRYSTLE ARMINIO, individually and in her capacity as a Police Officer for the City of Arcata; KAREN DIEMER, individually and in her official capacity of City of Arcata City Manager; and DOES 1 through 100,<br><br>  Defendants. | Case Number: 3:18-cv-07238-YGR<br><br>**ORDER GRANTING**<br><br>**STIPULATION OF DISMISSAL** |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff MICHELLE CHARMAINE LAWSON and Defendants CITY OF ARCATA, THOMAS CHAPMAN, TODD DOKWEILER, ERIC LOSEY, KRYSTLE ARMINIO and KAREN DIEMER HEREBY STIPULATE AND AGREE as follows:

1. This action was commenced on November 30, 2018.

2. The action is not a class action; a receiver has not been appointed and the action is not governed by any statute of the United States that requires an order of the court for dismissal.

3. Each party will bear their own costs, expenses, and fees, including attorneys' fees.

4. This action is hereby dismissed, in its entirety, with prejudice.

Dated: June 29, 2021

/s/ Kyndra S. Miller
Counsel for Plaintiff

Dated: June 29, 2021

/s/ Dale Allen
Counsel for Defendants

**IT IS SO ORDERED.**

Dated: July 1, 2021

HONORABLE YVONNE GONZALEZ ROGERS